UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:15-CR-205 (JBA) |
| DONALD LUCIANO | : | March 2, 2017 |

**SUPPLEMENTAL MEMORANDUM RE: REVOCATION HEARING**

Donald Luciano submits this short memorandum in connection with his final revocation hearing scheduled for March 6, 2017 at 11:30 a.m. The purpose of this memorandum is to supplement his principal memorandum filed on November 18, 2016 in two ways.

First, Mr. Luciano attaches a letter to the Court at Exhibit A. Although the letter was written in preparation for the November hearing, it was not available to be filed at that time due to logistical reasons.

Second, the other purpose of the memorandum is to update the Court on the status of the State court matters discussed at the November 21, 2016 hearing. At the November 21, 2016 hearing, the parties notified the Court that the State of Connecticut was contemplating charging Mr. Luciano with State larceny offenses, and that the State had issued a warrant for Mr. Luciano's arrest. The hearing was postponed in the hopes that the State matter could be commenced and therefore shed light on the resolution of the federal matter. Since the November 21 hearing, undersigned counsel has spoken with the warrant officer in the Norwalk State's Attorney's Office on several occasions. Undersigned counsel explained the procedural status of the federal matter and requested that the State serve the pending warrant on Mr. Luciano so that the State matter could commence. Undersigned counsel explained that the failure to do so was effectively delaying the federal court proceedings. Undersigned counsel also offered to facilitate service in whatever manner possible and also served as

a liaison with the United States Marshals and the United States Attorney's Office, which were also willing to assist with effectuating service of the warrant. Notwithstanding these efforts, the warrant officer told undersigned counsel that State authorities had conclusively decided not to serve the warrant on Mr. Luciano until after the federal matter was resolved and he had served his federal time. The State refused to have Mr. Luciano "habeased" into State court to commence the State proceedings against him.

The effect of the State's decision is that a warrant remains pending against Mr. Luciano and has been issued as a detainer, however, he has not been officially charged or arraigned by State authorities and therefore the State case has not commenced. Instead, after Mr. Luciano serves whatever term of incarceration this Court imposes, he will then be detained pursuant to the State of Connecticut detainer and will be transferred to State custody, at which time it is expected that he will be charged and arraigned. If the State imposes any incarceration on Mr. Luciano, it will necessarily be consecutive to whatever sentence this Court imposes.

The situation is less than ideal for all parties, because (1) Mr. Luciano will be facing per se consecutive imprisonment; and (2) the federal violation matters refer extensively to matters that pertain to the prospective State charges, yet the prospective State charges have not formally commenced. In an attempt to move forward, however, undersigned counsel has discussed the status of the State matters with USPO Patrick Norton and AUSA David Huang, as well as Mr. Luciano. Understanding that it is the Court's decision on how to proceed, it is undersigned counsel's understanding that the parties agree that it makes sense to proceed with resolving the federal matter on March 6, 2017 along the lines proposed in Officer Norton's recommendation to the Court; that Mr. Luciano will not admit to the violation charges pertaining to the prospective State larceny charges, but will be prepared to admit to the other violation charges; and with the proposed understanding that

the resolution of the federal matter will satisfy Mr. Luciano's federal liability on all violation matters (including the prospective State larceny charges) without necessitating being brought back to federal court again after the State chooses to arraign him in the future on the prospective larceny charges, but that the Probation Office will continue to update the Court on the ultimate resolution of the State matter. Although a procedurally awkward situation, it is undersigned counsel's understanding that the parties are prepared to proceed in this manner if it is acceptable to the Court.

Respectfully Submitted,

THE DEFENDANT,
Donald Luciano

FEDERAL DEFENDER OFFICE

Date: March 02, 2017

/s/ Kelly Barrett
Assistant Federal Defender
265 Church Street, 7th FL
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27410
Email: kelly_barrett@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 02, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly Barrett
Kelly Barrett