UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-cr-205 (JBA) |
| | : | |
| | : | |
| DONALD LUCIANO | : | March 2, 2017 |

**GOVERNMENT'S SENTENCING SUBMISSION**

In connection with the supervised release violation in this case scheduled for Monday, March 6, 2017, at 11:30 a.m., the government agrees with defendant's position stated in his supplemental sentencing memorandum that the parties are ready to proceed with sentencing at the hearing if the defendant admits Charges 2 through 9 in the third amended petition dated December 15, 2016.

The government hereby also files the following exhibits for the Court's consideration:

(1) The publicly-filed criminal complaint filed in *United States v. Donald Luciano*, 13-CR-60037-WPD;

(2) The publicly-filed factual proffer dated May 9, 2013 filed in *United States v. Donald Luciano*, 13-CR-60037-WPD;

(3) The publicly-filed transcript of the sentencing held on July 18, 2013 in *United States v. Donald Luciano*, 13-CR-60037-WPD; and

(4) An Instagram posting dated on or about July 24, 2016 showing the defendant in the Hamptons, New York.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

______/s/____________
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07247
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2017, a copy of the forgoing Notice of the Filing of Exhibits was filed electronically and served to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System. A copy of the foregoing was also emailed to:

Patrick Norton, United States Probation Office

_____/s/__________
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY